IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADY ARMSTRONG,

        Plaintiff,                  No. CIV S-04-1269 GEB KJM P

    vs.

SILVA GARCIA, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff has requested a forty-five-day extension of time to file objections to the court's July 26, 2005 findings and recommendations. Good cause appearing, the court will grant plaintiff thirty days. No further extensions will be granted. Accordingly, IT IS HEREBY ORDERED that:

/////
/////
/////
/////
/////
/////
/////

1.  Plaintiff's August 8, 2005 motion for an extension of time is granted; in part and

2.  Plaintiff is granted thirty days from the date of this order in which to file objections to the court's July 26, 2005 findings and recommendations. No further extensions will be granted.

DATED: August 16, 2005.

                                          UNITED STATES MAGISTRATE JUDGE

1/kf
arms1269.36