IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADY ARMSTRONG,

    Plaintiff,                   2:04-cv-1269-GEB-KJM-P

  vs.

SILVA GARCIA, et al.,

    Defendants.               ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 26, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. On August 17, 2005, plaintiff was granted an additional thirty

1

1 days to file objections.  Plaintiff has not filed objections to
2 the findings and recommendations.
3           The court has reviewed the file and finds the findings
4 and recommendations to be supported by the record and by the
5 magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
6 that:
7           1.  The findings and recommendations filed July 26,
8 2005, are adopted in full; and
9           2.  This action is dismissed without prejudice.  <u>See</u>
10 Local Rule 11-110; Fed. R. Civ. P. 41(b).
11 Dated:  September 28, 2005

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge